

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
**(702) 388-6336**

1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   Assistant United States Attorney
3  333 Las Vegas Boulevard, South, Suite 5000
   Las Vegas, NV 89101
4  (702) 388-6336

FILED

5  # UNITED STATES DISTRICT COURT
6  ## DISTRICT OF NEVADA
   -oOo-

7

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.     2:14-mj-00205-VCF |
| | ) |
|          Plaintiff | ) **GOVERNMENT'S APPLICATION** |
| | ) **REQUESTING SEALING OF** |
|      vs. | ) **COMPLAINT** |
| | ) |
| **SEBASTIAN GHEORGHE,** | ) |
| | ) |
|          Defendant | ) |
| | ) |

## GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and KIMBERLY M. FRAYN, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing Compliant, together with this Application and the Court's Order, in the above-captioned matter until the Defendant is arrested.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits

/ / /

/ / /

/ / /

/ / /

1   that disclosure of the information might possibly jeopardize the investigation.  The Government submits

2   that its right to secrecy far outweighs the public's right to know.

3          DATED this 21 day of March, 2014.

4                                            Respectfully submitted,
                                             DANIEL G. BOGDEN
5                                            United States Attorney

6

7                                            KIMBERLY M. FRAYN
                                             Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

1

2

3

4  UNITED STATES OF AMERICA,                    )   Case No.    2:14-mj-00205-VCF
                                                )
5            Plaintiff                          )   **SEALING ORDER**
                                                )
6  vs.                                          )
                                                )
7  SEBASTIAN GHEORGHE,                          )
                                                )
8            Defendant                          )

9        Based on the pending Application of the Government, and good cause appearing therefor,

10       **IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application

11  and this Court's Order, in the above-captioned matter shall be sealed until the defendant is arrested or

12  until further Order of the Court.

13       DATED this _21_ day of March, 2014.

14

15  _____
                                                UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

3